# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| GENESCO SPORTS ENTERPRISE INC., § | |
|     Plaintiff, § | |
| § | No. 3:11-CV-1345-N (BF) |
| v. § | |
| § | |
| SIDNEY WHITE, § | |
|     Defendant. § | |

## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court held a hearing on Plaintiff's Motion for Temporary Restraining Order on June 29, 2011. At the hearing, Defendant indicated that he has not disseminated any information at issue in this case and will not do so in the future. Defendant also stated that he has not made any copies of the information. The Court ordered that all information be placed in the Court's care during the pendency of this action. Defendant has complied with that order. Therefore, the Court does not believe that a temporary restraining order is necessary at this time. The Court recommends that the Motion for Temporary Restraining Order be DENIED.

SO ORDERED, July 19, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

# INSTRUCTIONS FOR SERVICE AND
# NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a true copy of these findings, conclusions and recommendation on Plaintiff. Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions and recommendation must serve and file written objections within fourteen days after being served with a copy. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made. The District Court need not consider frivolous, conclusory or general objections. A party's failure to file such written objections to these proposed findings, conclusions and recommendation shall bar that party from a *de novo* determination by the District Court. *See Thomas v. Arn*, 474 U.S. 140, 150, 106 S. Ct. 466, 472 (1985). Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation within fourteen days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).