**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **GENESCO SPORTS ENTERPRISE INC.,** § | |
| Plaintiff, § | |
| § | No. 3:11-CV-1345-N (BF) |
| v. § | |
| § | |
| **SIDNEY WHITE,** § | |
| Defendant. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. A party filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Temporary Restraining Order is DENIED.

**SO ORDERED.**

SIGNED August 17, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE