IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENESCO SPORTS ENTERPRISE, INC., § § Plaintiff, § § § Civil Action No. 3:11-CV-1345-N (BF) v. § § SIDNEY WHITE, § § Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant's Motion to Dismiss is denied and Plaintiff shall be granted leave to file a Second Amended Complaint.

**SO ORDERED** this 22nd day of December, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE